UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AGENDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX AZAR, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | No. SACV 19-0074 DOC (JDEx) <br><br> ORDER [16] <br><br><br> Hon. David O. Carter |

Having reviewed and considered the parties' stipulation, the declaration in support of the stipulation, and good cause having been shown by the parties, IT IS HEREBY ORDERED that:

    1.    Plaintiff shall file a motion for summary judgment no later than July 1, 2019.

    2.    Defendant shall file an opposition no later than July 29, 2019.

    3.    Plaintiff shall file a reply no later than August 26, 2019.

    4.    The parties will treat the unofficial administrative record of (or related to) the MAC decision as the certified administrative record until the certified administrative record becomes available. When the certified administrative record becomes available, it will immediately supersede the unofficial administrative record.

    5.    Defendant will file a notice of lodging and lodge the certified administrative

record with the Court within 14 days after receipt, so that the parties may review the record before filing for any necessary redactions regarding, among other things, patient privacy.

Dated: May 10, 2019

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE