UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AGENDIA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA[1], Secretary, Department of Health and Human Services,<br><br>    Defendant. | No. SA CV 19-00074 DOC (JDEx)<br><br>JUDGMENT<br><br><br><br>Hon. David O. Carter |

On October 29, 2019, the Court granted plaintiff Agendia, Inc.'s motion for summary judgment (Dkt. 18), and defendant Xavier Becerra, Secretary, Department of Health and Human Services, appealed the order on December 27, 2019 (Dkt. 24). On July 16, 2021, the Ninth Circuit Court of Appeals determined that the Court's Order of October 29, 2019, should be reversed and remanded with instructions to enter summary judgment for defendant. On October 19, 2021, plaintiff filed a Petition for Writ of Certiorari with the United States Supreme Court, which was denied on January 24, 2022. *See* 2022 WL 199386, at *1 (U.S. Jan. 24, 2022).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Xavier Becerra is substituted for the former Secretary, Alex Azar III.

Accordingly, it is ORDERED and ADJUDGED that:

1. The development by Medicare Administrative Contractors of local coverage determinations, 42 U.S.C. § 1395kk-1(a)(4)(A); 42 C.F.R. § 405.920, is not an unconstitutional delegation of regulatory authority to private entities in violation of the Due Process Clause of the Fifth Amendment.

2. Local coverage determinations are not subject to the notice and comment requirements of 42 U.S.C. § 1395hh as they do not "establish[]" or "change[]" a substantive legal standard.

3. Pursuant to the July 16, 2021, Order of the Ninth Circuit, and for the reasons stated therein, plaintiff Agendia, Inc.'s motion for summary judgment is denied, and summary judgement is entered in favor of defendant Xavier Becerra, Secretary, Department of Health and Human Services. Defendant is awarded his costs.

Dated: February 8, 2022

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE